IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KLEVER MILAN MULLO,

Petitioner,

v.

J.L. JAMISON, et al.,

Respondents.

CIVIL ACTION
NO. 26-6039

**ORDER**

**AND NOW**, this 21st day of September 2026, upon receipt of the status report that the Petitioner was given a bond hearing (Doc. No. 5), it is **ORDERED** that the Clerk of Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.